IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                       : CIVIL NO: 3:11 CV 342
                          : JUDGE OVINGTON

SHANNON ISOM,

    Defendant.

### JUDGMENT

Pursuant to the Stipulation for Consent Judgment filed herein by the parties and good cause,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment in this case in favor of Plaintiff, United States of America, and against Defendant, Shannon Isom, in the amount of $101,431.06, plus additional accrued interest since January 18, 2012 to the date of the entry of this Judgment, shall be and is hereby entered.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to the provisions of 28 U.S.C. §1961, post-judgment interest at the current legal rate will accrue upon the entry of judgment and will be computed daily and compounded annually until paid in full.

DATE: 1/20/12

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE